■ THOMAS LEADEN, Individually, and as Administrator of the Estate of ROBERT LEADEN, Deceased, Respondent, v. ROBERT D. PURSELL, Appellant.— In an action to recover damages for alleged wrongful death, the appeal is from an order of the Supreme Court, Dutchess County, dated March 25, 1968, which denied defendant's motion for summary judgment. Order affirmed, with $10 costs and disbursements. In our opinion, under the bizarre circumstances disclosed in this record, plaintiff should not be foreclosed at the summary judgment stage. Brennan, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.